ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Boeing Company | ) ASBCA No. 63360-ADR |
| | ) |
| Under Contract No. FA8634-12-C-2651 | ) |

APPEARANCES FOR THE APPELLANT:  Scott M. McCaleb, Esq.
Jon W. Burd, Esq.
Gary S. Ward, Esq.
Lisa M. Rechden, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Josephine R. Farinelli, Esq.
Maj Ashley Ruhe, USAF
Maj Candice D. Schubbe, USAF
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE HARTMAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement and joint motion for entry of consent judgment, that this appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award that it has reviewed and determined to be fair and reasonable to the appellant in the amount of $62,000,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: April 6, 2023

_____
TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63360-ADR, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated: April 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2